1  MELINDA HAAG (CSBN 132612)
   United States Attorney
2  ALEX G. TSE (CSBN 152348)
   Chief, Civil Division
3  NEILL T. TSENG (CSBN 220348)
   Assistant United States Attorney
4
      450 Golden Gate Avenue, Box 36055
5        San Francisco, CA 94102-3495
         Telephone: 415 436-7155
6        Fax: 415 436-6748
         Email: neill.tseng@usdoj.gov
7
   Attorneys for Defendant
8  UNITED STATES OF AMERICA

9                 UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12

13 RICHARD AZZOLINO,               Docket No. C 12-1378 RS

14            Plaintiff,
                                                       **STIPULATION OF DISMISSAL WITH**
15 v.                                      **PREJUDICE;** [PROPOSED] **ORDER**

16 UNITED STATES OF AMERICA,

17            Defendant.

18       THE PARTIES IN THE ABOVE-CAPTIONED ACTION HEREBY SUBMIT THE

19 FOLLOWING STIPULATION:

20       Pursuant to Federal Rule of Civil Procedure 41(a), plaintiff Richard Azzolino and

21 defendant United States of America hereby stipulate to dismiss with prejudice the above-

22 captioned action, including all claims that were asserted therein. Each party will bear its own

23 costs and attorneys' fees.

24 //

25 //

26 //

27 //

28 //

STIPULATION OF DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER
No. C 12-1378 RS

DATED: 2/18/13

_____
RICHARD AZZOLINO
Plaintiff

DATED: 2/15/13

_____
DONALD E. KRENTSA
Attorney for Plaintiff

MELINDA HAAG
United States Attorney

DATED: 4/26/13

_____
NEILL T. TSENG
Assistant United States Attorney
Attorneys for Defendant USA

## [PROPOSED] ORDER

The Stipulation of Dismissal with Prejudice is granted and this entire action is dismissed with prejudice.

IT IS SO ORDERED.

DATED: 4/29/13

_____
HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE