1  MELINDA HAAG (CSBN 132612)
   United States Attorney
2  ALEX G. TSE (CSBN 152348)
   Chief, Civil Division
3  NEILL T. TSENG (CSBN 220348)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, CA 94102-3495
       Telephone: 415 436-7155
6      Fax: 415 436-6748
       Email: neill.tseng@usdoj.gov
7
   Attorneys for Defendant
8  UNITED STATES OF AMERICA

9                UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                   SAN FRANCISCO DIVISION

12

| | |
|---|---|
| 13 RICHARD AZZOLINO, | Docket No. C 12-1378 RS |
| 14            Plaintiff, | |
| 15 v. | **STIPULATION OF DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER** |
| 16 UNITED STATES OF AMERICA, | |
| 17            Defendant. | |

18      THE PARTIES IN THE ABOVE-CAPTIONED ACTION HEREBY SUBMIT THE

19 FOLLOWING STIPULATION:

20      Pursuant to Federal Rule of Civil Procedure 41(a), plaintiff Richard Azzolino and

21 defendant United States of America hereby stipulate to dismiss with prejudice the above-

22 captioned action, including all claims that were asserted therein.  Each party will bear its own

23 costs and attorneys' fees.

24 //

25 //

26 //

27 //

28 //

```
DATED: 2/18/13              _____
                            RICHARD AZZOLINO
                            Plaintiff


DATED: 2/15/13              _____
                            DONALD E. KRENTSA
                            Attorney for Plaintiff


                            MELINDA HAAG
                            United States Attorney


DATED: 4/26/13              _____
                            NEILL T. TSENG
                            Assistant United States Attorney
                            Attorneys for Defendant USA
```

## [PROPOSED] ORDER

The Stipulation of Dismissal with Prejudice is granted and this entire action is dismissed with prejudice.

IT IS SO ORDERED.

```
DATED:  4/29/13             _____
                            HON. RICHARD SEEBORG
                            UNITED STATES DISTRICT JUDGE
```